

# Fourth Court of Appeals
## San Antonio, Texas

June 9, 2016

No. 04-15-00670-CV

Berenice C. **DIAZ**, individually and as next friend of J.P.L.,
Appellant

v.

James E. **MONNIG**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-13493
Honorable Cathleen M. Stryker, Judge Presiding

No. 04-15-00789-CV

Berenice C. **DIAZ**, individually and as next friend of J.P.L.,
Appellant

v.

John A. **MEAD**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-19518
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file a brief is **granted**. We order appellant's brief due **June 17, 2016**. Counsel is advised that further requests for extensions of time to file the brief will be disfavored.

_____
Luz Elena D. Chapa, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court